```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F05-0013--CV (RRB)
"DAVID E. CLARK V USA"

Including terminated parties, excluding terminated counsel
```

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 06/01/05
          Closed: NO


    Jurisdiction: (2) U.S. Defendant
   PLF Diversity:
   DEF Diversity:


  Nature of Suit: (510) Vacate sentence (2255)


          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Waived
        Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | CLARK, DAVID E. | David E. Clark<br>Pro Per: 14721006<br>Federal Correction Institution<br>PO Box 1000<br>Oxford, WI 53952 |
| DEF 1.1 | USA | Stephen Cooper<br>U.S. Attorney's Office<br>101 12th Avenue, Box 2<br>Fairbanks, AK 99701<br>907-456-0245<br>FAX 907-456-0577 |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE F05-0013--CV (RRB)
"DAVID E. CLARK V USA"

For all filing dates

```
  Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
            Filed: 06/01/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

  Nature of Suit: (510) Vacate sentence (2255)

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 06/01/05 | Notation: all docketing will be in criminal case number F03-0008 CR (RRB) only. |